UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>MARK DAVID M. HOLSTEIN,<br><br>                    Defendant. | CASE NO. 2:24-cr-00049-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE |

      This matter comes before the Court on Defendant Mark David M. Holstein's Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadlines. Dkt. No. 25. Trial is currently scheduled for January 26, 2026, with pretrial motions due December 15, 2025. Dkt. No. 19. Mr. Holstein seeks a continuance of the trial date to April 13, 2026, with a pretrial motions deadline "consistent with the new trial date." Dkt. No. 25 at 3. The Government does not oppose this request. *Id.* at 1.

      Mr. Holstein seeks this continuance because he needs more time to "review the discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, continue plea negotiations with the government," and so that his counsel may "explain potential plea, trial,

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE - 1

or sentencing consequences with [him]." *Id.* at 1–2. As Mr. Holstein describes it, "[t]he case involves significant penalties," including "a ten-year mandatory minimum." *Id.* at 2. Mr. Holstein has waived his speedy trial rights through April 27, 2026. Dkt. No. 26.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Holstein in any speedier trial. The Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice by denying Mr. Holstein's counsel the reasonable necessary to time review discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, and explain potential plea, trial, or sentencing consequences with Mr. Holstein, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). The Court further finds that the additional time granted herein is a reasonable period of delay and will be necessary to provide counsel reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the motion and ORDERS that trial in this matter shall be continued to April 13, 2026. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Mr. Holstein's trial must commence under the Speedy Trial Act. Pretrial motions are due by February 23, 2026. If expert testimony is anticipated, the parties must propose a date prior to trial (either at or before the pretrial conference) for a Daubert hearing.

Dated this 29th day of December, 2025.

Lauren King
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE - 2