The Hon. Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARK DAVID M. HOLSTEIN<br>Defendant. | NO. CR24-049-LK<br>[~~PROPOSED~~]<br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture ("Motion") for the following property seized from Defendant's residence in Newcastle, Washington, on or about December 22, 2021 (the "Subject Property"), which has already been forfeited by Defendant Mark David M. Holstein:

a. One Samsung S10+ IMEI 356021101788129A1633; and

b. One Motorola MOTO G Play IMEI 355568111278815.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture concerning the Subject Property is appropriate because:

- On May 18, 2026, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 2253(a) and forfeiting Defendant Holstein's interest in it (Dkt. No. 41);



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 42) and sent direct notice, by means reasonably calculated to reach them, to two individuals identified as potential claimants, as well as to any “Residents” of the address from which the Subject Property was seized, as required by Fed. R. Crim. P. Rule 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims (*see* Declaration of AUSA Krista K. Bush in Support of Motion for a Final Order of Forfeiture, ¶¶ 2-4, Exhibits A-C);
- Notice letters were successfully delivered to the potential claimants identified by the United States (*see id.*);
- The United States has used all available efforts to provide notice to the potential claimants by means reasonably calculated to reach them (*see id.*); and
- The time for filing third-party claims has expired, and no claims were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States.

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

///

///



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this 9th day of November, 2026.

THE HON. LAUREN KING
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov